AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Yancarlos Benitez Cartaya,

                       Petitioner,

      v.

Pamela Bondi, et al,

                  Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number  2:26-cv-00410-ART-BNW

___     **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

       **JUDGMENT in entered in favor of the Petitioner and against the Respondents.**

Date: <u>May 8, 2026</u>                    <u>DEBRA K. KEMPI</u>
                                       Clerk



                                      /s/ Wayne Julian
                                      Deputy Clerk